Kirk D. Miller
MILLER & ASSOCIATES, P.S.
209 E Sprague Avenue
Spokane, WA  99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

Attorney for the Plaintiffs

| | |
|---|---|
| JANA HILL, a single woman, LINDSAY PERSON, a single woman, and ANDREW ATKINS, a single man,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH V. FREDERICK, P.S., a Washington corporation, KENNETH V. FREDERICK and JANE DOE FREDERICK, as individuals and the marital community comprised thereof.<br><br>Defendant. | COMPLAINT AND DEMAND FOR JURY TRIAL<br><br>NO:  CV-09-248-LRS |

## I. INTRODUCTION

1.1.  This is an action for actual and statutory damages brought by Plaintiffs JANA HILL, LINDSAY PERSON, and ANDREW ATKINS against Defendant KENNETH V. FREDERICK, P.S., for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

COMPLAINT
Page 1 of 10

MILLER & ASSOCIATES, P.S.
209 E Sprague Avenue
Spokane, WA  99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

## II. JURISDICTION

2.1. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the Defendant transacts business in this District and the conduct complained of occurred in this district as well.

## III. PARTIES AND SUBJECT MATTER JURISDICTION

3.1. Plaintiff Jana Hill is a consumer as defined by 15 U.S.C. § 1692a(3). She is a natural person residing in the County of Spokane, State of Washington.

3.2. Plaintiff Andrew Atkins is a consumer as defined by 15 U.S.C. § 1692a(3). He is a natural person residing in the County of Spokane, State of Washington.

3.3. Defendant KENNETH V. FREDERICK, P.S., (hereinafter "defendant"), is a Washington State corporation engaged in the business of collecting debt in this State with its principal place of business located at 1318 E. 19th Ave. Spokane, WA 99203.

COMPLAINT
Page 2 of 10

MILLER & ASSOCIATES, P.S.
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

3.4. The Washington corporation Kenneth V. Frederick, P.S. is an alter ego of Kenneth V. Frederick. All acts and omissions on the part of Kenneth V. Frederick, P.S. were performed on behalf of Kenneth V. Frederick and Jane Doe Frederick, as individuals and the marital community comprised thereof.

3.5. Defendant Fredrick, P.S. was attempting to collect a "debt" as defined by FDCPA, 15 U.S.C. §1692a(5).

3.6. The alleged debt of the Plaintiffs was an alleged obligation of plaintiff to pay money arising out of a transaction primarily for personal, family, or household purposes.

3.7. The alleged debt of the Plaintiff was for back due rent from a residential tenancy.

3.8. Defendant Fredrick, P.S. regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another using the telephone and mail.

3.9. Defendant Kenneth Fredrick was attempting to collect a "debt" as defined by FDCPA, 15 U.S.C. §1692a(5).

MILLER & ASSOCIATES, P.S.
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

3.10. The alleged debt of the Plaintiffs was an alleged obligation of plaintiff to pay money arising out of a transaction primarily for personal, family, or household purposes.

3.11. The alleged debt of the Plaintiff was for back due rent from a residential tenancy.

3.12. Defendant Kenneth Fredrick regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another using the telephone and mail.

3.13. Defendant Kenneth Fredrick. is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV. FACTUAL ALLEGATIONS

4.1. Plaintiff Jana Hill and her then husband Paul Pitts, entered into a lease agreement for a mobile home space with Shenandoah Forest Mobile Home Park (hereinafter "Shenandoah").

4.2. The lease agreement provided for a monthly rental charge, to be paid by Jana Hill and Paul Pitts to Shenandoah, in the amount of three hundred dollars ($300.00).

4.3. On or about December, 2007, the monthly rental charge was increased to three hundred thirty dollars ($330.00) per month.

COMPLAINT
Page 4 of 10

MILLER & ASSOCIATES, P.S.
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

4.4. Sometime after February 1, 2007, at the invitation of plaintiff Jana Hill, plaintiffs Lindsay Person, Ms. Hill's daughter, and Andrew Atkins, Ms. Person's boyfriend, moved into the Shenandoah rental space.

4.5. Neither Ms. Person, nor Mr. Atkins entered into any agreement with Shenandoah to become obligors for rent or any other fees or charges.

4.6. Plaintiff Jana Hill paid the monthly rental charges for February 2007 through August 2008 to Shenandoah.

4.7. On August 11, 2009, a "Five Day Notice," (hereinafter "the notice"), drafted by defendant, was delivered to the residence located in the residence at the Shenandoah Forest Mobile Home Park, at defendant's direction on behalf of Shenandoah.

4.8. Only one copy of the notice was delivered to the residence at the Shenandoah Mobile Home Park.

4.9. On information and belief, at the time the notice was served, Defendant was aware that Shenandoah's bookkeeping records were incomplete and/or erroneous.

4.10. The notice demands payment of rent for the months of February 2007 through August 2008, late fees in the amount of fifty dollars ($50.00) per

COMPLAINT
Page 5 of 10

MILLER & ASSOCIATES, P.S.
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

month for the months of February 2007 through August 2008, attorney fees, and costs.

4.11. In addition, the notice states the following:

> You are hereby notified and required to pay the above total to the undersigned within five (5) days from the date of the service of this Notice upon you, or in the alternative to vacate and surrender the premises.
>
> IN THE EVENT OF YOUR FAILURE to do so within the stated period, you will be guilty of unlawful detainer and subject to eviction as provided by law. Attorney fees, costs and charges will increase and be charged to you upon your failure to pay or vacate within 5 days.

4.12. One copy of an Eviction Summons and Complaint were delivered to the residence at Shenandoah Mobile Home Park on August 19, 2009. The Complaint seeks relief in the form of restitution of the premises, forfeiture and termination of the lease, damages, rent, costs, and attorney fees.

### V. FIRST CLAIM FOR RELIEF – 15 USC § 1692f

5.1. Plaintiffs repeat, reallege and incorporate by reference to the foregoing paragraphs.

5.2. 15 USC §1692f states, in pertinent part:

MILLER & ASSOCIATES, P.S.
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

> A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
> (1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

5.3. Lindsay Person and Andrew Atkins were not obligors on any agreement with Shenandoah, or any other person or entity, to pay rent, late fees, legal fees, or costs to Shenandoah.

5.4. Defendant violated 15 USC §1692f when it attempted to collect a debt from Lindsay Persons and Andrew Atkins for which they were not, and are not, liable.

5.5. Defendant violated 15 USC §1692f when it attempted to collect late fees, legal fees and costs, not authorized by contract or law.

## VI. SECOND CLAIM FOR RELIEF – 15 USC § 1692e

6.1. Plaintiffs repeat, reallege, and incorporate by reference to the foregoing paragraphs.

6.2. 15 USC §1692e states in pertinent part: "A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt."

COMPLAINT
Page 7 of 10

MILLER & ASSOCIATES, P.S.
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

6.3. RCW 59.12.030 states in pertinent part:

> A tenant of real property for a term less than life is guilty of unlawful detainer either:
>
> (3) When he or she continues in possession in person or by subtenant after a default in the payment of rent, and after notice in writing requiring in the alternative the *payment of the rent or the surrender of the detained premises*, served (in manner in RCW 59.12.040 provided) in behalf of the person entitled to the rent upon the person owing it, has remained uncomplied with for the period of three days after service thereof… (emphasis added).

6.4. Defendant violated 15 USC §1692e by stating in the notice that payment of rent, late fees, costs, and attorney fees is required "or in the alternative [the plaintiffs must] vacate and surrender the premises" when, in fact, only payment of rent is required by RCW 59.12.030(3)

## VII THIRD CLAIM FOR RELIEF – 15 USC § 1692f

7.1. Plaintiffs repeat, reallege, and incorporate by reference to the foregoing paragraphs.

7.2. Defendant violated 15 USC §1692f(1) by attempting to collect a debt (rent) that he knew or should have know had been paid by plaintiff Jana Hill.

7.3. Defendant violated 15 USC §1692f(1) by attempting to collect a debt (rent) owed to Shenandoah when knowing or should have known that

COMPLAINT
Page 8 of 10

MILLER & ASSOCIATES, P.S.
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

Shenandoah's bookkeeping with respect to rental payments was inaccurate or incomplete.

## VIII. DAMAGES

8. As a result of the foregoing violations of the FDCPA, defendants are liable to the Plaintiffs for declaratory judgment that Defendants' conduct violated the FDCPA, actual damages, statutory damages, injunction, and costs and attorney fees.

**WHEREFORE,** plaintiffs respectfully requests that judgment be entered against defendant for the following:

8.a. Declaratory judgment that Defendants' conduct violated the FDCPA;

8.b. Actual damages;

8.c. Statutory damages pursuant to 15 U.S.C. § 1692k;

8.d. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k;

8.e. For injunctive relief, restitution, and disgorgement of ill-gotten gains; and

8.f. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED this 10th day of August, 2009

COMPLAINT
Page 9 of 10

MILLER & ASSOCIATES, P.S.
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

/S/ Kirk D. Miller
_____
Kirk D. Miller, WSBA # 40025
Attorney for Plaintiffs

COMPLAINT
Page 10 of 10

MILLER & ASSOCIATES, P.S.
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile